UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICK MILLER,

                              Plaintiff,

        -against-                                        9:12-CV-0972 (LEK/RFT)

EDWARD CARNEY, *et al.*,

                              Defendants.

_____

## ORDER

        This matter comes before the Court following a Report-Recommendation filed on August 7,

2014, by the Honorable Randolph F. Treece, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)

and Local Rule 72.3.  Dkt. No. 68 ("Report-Recommendation").

        Within fourteen days after a party has been served with a copy of a magistrate judge's report-

recommendation, the party "may serve and file specific, written objections to the proposed findings

and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  "If no objections are filed . . .

reviewing courts should review a report and recommendation for clear error."  Edwards v. Fischer,

414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir.

2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate

judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301,

306 (N.D.N.Y. 2008).

        Plaintiff filed a Letter Motion requesting appointment of counsel, but did not otherwise

respond to the Report-Recommendation.  Dkt. No. 71.  Accordingly, the Court has reviewed the

Report-Recommendation for clear error.  Having found none, the Report-Recommendation is

approved and adopted in its entirety.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 68) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 43) for summary judgment is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Letter Motion (Dkt. No. 71) is **DENIED**; and it is further

**ORDERED**, that the Clerk of the Court enter judgment for Defendants and close this case; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this action in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED:       September 18, 2014
             Albany, New York


Lawrence E. Kahn
U.S. District Judge